**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GEORGE COLLIER,**

    **Plaintiff,**

v.                                                                     Case No.: 8:14-CV-1427-T-23EAJ

**U.S. DEPARTMENT OF VETERANS**
**AFFAIRS, et al.,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

    Before the Court is Plaintiff's **Amended Affidavit of Indigency** (Dkt. 5), which the Court construes as an amended motion for leave to proceed in forma pauperis.[1]

    On June 13, 2014, Plaintiff filed his complaint and an affidavit of indigency. (Dkt. 1, 2) On June 18, 2014, Plaintiff's motion for leave to proceed in forma pauperis was denied without prejudice because Plaintiff failed to have the affidavit of indigency notarized, as required, and because Plaintiff's complaint did not establish the court's subject matter jurisdiction. (Dkt. 3) Plaintiff was advised to timely file an amended complaint and that his failure to do so would result in dismissal of the matter. (Id. at 3)

    In his amended motion, Plaintiff has filed an affidavit that is properly notarized. Plaintiff is retired and earns $811.00 per month from Social Security and receives $144.00 per month in food stamps. He owns a condominium valued at $24,000.00 but owes $17,000.00 to Regions Bank. He also owns a 1996 Dodge Caravan valued at $500.00. Accordingly, Plaintiff has established that he

---

[1] The motion has been referred to the undersigned for disposition or a Report and Recommendation (Dkt. 5). See 28 U.S.C. § 636(b); Local Rules 6.01(b) and (c), M.D. Fla.

is indigent.

However, as of the date of this Report and Recommendation, Plaintiff has not filed an amended complaint as required in the Court's previous order. Without filing an amended complaint, Plaintiff has failed to establish the court's subject matter jurisdiction because he has not shown that he exhausted his administrative remedies. Therefore, it is recommended that Plaintiff's complaint be dismissed as he has not timely filed an amended complaint. See 28 U.S.C. § 1915(e)(2)(B).

Accordingly, and upon consideration, it is **RECOMMENDED** that:

(1)   Plaintiff's construed motion to proceed in forma pauperis (Dkt. 5) be **DENIED**; and

(2)   Plaintiff's complaint be dismissed. See Local Rule 3.10(a), M.D. Fla.

**Date: August 18th 2014**

_____
ELIZABETH A JENKINS
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).

Copies to:
Pro Se Plaintiff

2