UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE H. COLLIER,

    Plaintiff,

v.                                           CASE NO.: 8:14-cv-1427-T-23EAJ

U.S. DEPARTMENT OF VETERANS
AFFAIRS, et al.,

    Defendants.

_____/

**ORDER**

On August 18, 2014, United States Magistrate Judge Elizabeth A. Jenkins issued a report (Doc. 6) that recommends denying the plaintiff's motion to proceed *in forma pauperis* because the plaintiff has failed to amend the complaint. The plaintiff objects (Doc. 7) but again fails to amend the complaint. The objection (Doc. 7) is **OVERRULED**, and the report and recommendation (Doc. 6) is **ADOPTED**. The motion (Doc. 5) for leave to proceed in forma pauperis is **DENIED**. This action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on September 9, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE